IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                              Criminal Action No. 2:14-CR-00264-02

v.

WILLIAM E. TIS,

    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter the appearance of Russell D. Giancola, Esquire, as counsel for Defendant, William E. Tis.

                              Respectfully submitted,

                              CIPRIANI & WERNER, PC

                              */s/ Russell D. Giancola*
                              Kathleen A. Gallagher, Esq.
                              Russell D. Giancola, Esq.
                              WV #10708
                              650 Washington Road, Suite 700
                              Pittsburgh, PA 15228
                              Telephone: (412) 563-2500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within **NOTICE OF APPEARANCE** has been served on the following counsel of record, by first-class mail, postage prepaid, according to the Pennsylvania Rules of Civil Procedure, on the 28th day of June, 2018:

> Philip H. Wright, Esq.
> Eric Patrick Bacaj, Esq.
> Larry R. Ellis, Esq.
> U.S. Attorneys Office
> PO Box 1713
> Charleston, WV 25326-1713

Respectfully submitted,

CIPRIANI & WERNER, PC

/s/ Russell D. Giancola
Kathleen A. Gallagher, Esq.
Russell D. Giancola, Esq.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
Telephone: (412) 563-2500