UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      Criminal Action No. 2:14-cr-00264-02

WILLIAM E. TIS,

    Defendant.

## ORDER

The response of the United States Probation Officer filed July 16, 2018, to the "Defendant's Motion To Terminate Probation" is hereby ORDERED filed.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

                              ENTER: July 17, 2018

                              John T. Copenhaver, Jr.
                              United States District Judge

UNITED STATES PROBATION OFFICE
SOUTHERN DISTRICT OF WEST VIRGINIA

# MEMORANDUM



| | |
|---|---|
| **TO:** | The Honorable John T. Copenhaver, Jr., United States District Judge |
| **FROM:** | Patrick M. Fidler, Senior United States Probation Officer |
| **DATE:** | July 16, 2018 |
| **SUBJECT:** | **WILLIAM E. TIS, DOCKET NO. 2:14CR00264-02 REQUEST FOR EARLY TERMINATION FROM PROBATION** |

RECEIVED
JUL 1 6 2018
John T. Copenhaver, Jr.
United States District Judge

On February 8, 2016, the above-listed offender appeared before the Honorable Thomas E. Johnston, Chief United States District Judge, and was sentenced to three years of probation, after pleading guilty to one count of causing unlawful discharge of refuse matter into navigable water, in violation of 33 U.S.C. §§ 407 and 411.  On June 14, 2018, the offender's case was transferred to Your Honor.  Mr. Tis has requested that his probation be terminated early.

The Administrative Office of the United States Courts has established the following criteria for consideration of early termination: law-abiding behavior, full compliance with the conditions of supervision and a responsible, productive lifestyle.  The offender has been under the supervision of the United States Probation Office for the Western District of Pennsylvania.  According to his supervising officer, Mr. Tis meets the criteria suggested for early release.  A criminal record check has been completed, which revealed no criminal activity while on supervision.

Assistant United States Attorney Philip H. Wright has indicated to this officer that he does not object to the offender's early release from supervision.